# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

REQUEST FOR PRODUCTION OF
KRISTA KOTLARZ-WATSON,
(Register No. 13112-040)

_____/

District Court Case No. ___ **1:09-mc-116**
**Paul L Maloney**
**Chief U.S. District Judge**

In re:

CYBERCO HOLDINGS, INC.,

    Debtor.

_____/

U.S. Bankr. Court (W.D. Mich.)
Case No. HG 04-14905

In re:

TELESERVICES GROUP, INC.,

    Debtor.

_____/

MARCIA R. MEOLI, Trustee of Teleservices
Group, Inc.,

    Plaintiff,

vs.

HUNTINGTON NATIONAL BANK,
a national bank,

    Defendant.

_____/

U.S. Bankr. Court (W.D. Mich.)
Case No. HG 05-00690

U.S. Bankr. Court (W.D. Mich.)
Adv. Pro. No. 07-80037

## REQUEST AND ORDER FOR PRODUCTION OF FEDERAL PRISONER
## IN THE CUSTODY OF THE UNITED STATES

The United States Bankruptcy Court for the Western District of Michigan requests for Chief

Judge Paul L. Maloney to request the United States Marshal for the Western District of Michigan

to produce one Krista Kotlarz-Watson, Register No. 13112-040, now confined at the federal

correctional institution in Pekin, Illinois, in the custody of the warden or the person in charge, for testimony at the United State Bankruptcy Court for the Western District of Michigan, Grand Rapids, Michigan, at a time and date to be arranged with that court, so that said person may appear in accordance with law in the cases <u>In re Cyberco Holdings, Inc.</u>, HG 04-14905, <u>In re Teleservices Group, Inc.</u>, HG 05-00690, and <u>Meoli v. Huntiongton National Bank</u>, Adv. Pro. No. 07-80037, and after said person shall have appeared, to return said person to the aforementioned custody as directed by Judge Jeffrey R. Hughes.

IT IS SO ORDERED.

DATE: November 5, 2009    /s/ Paul L. Maloney
                          HON. PAUL. L. MALONEY
                          CHIEF UNITED STATES DISTRICT JUDGE